**Order entered July 12, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00122-CR

### ARNULFO RAMIREZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 1
### Dallas County, Texas
### Trial Court Cause No. F16-75752-H

## ORDER

The reporter's record was filed June 25, 2018. Missing from the record are the State's exhibits 99, 100, 101, and 102, entitled "DVD-Defendant's Interview" (parts 1 through 4 respectively) and exhibit 103, entitled "DVD – Defendant's Interview Super Cut."

We **ORDER** court reporter Renita Sneed to file a supplemental reporter's record with these five exhibits with the Court within **TEN DAYS** of the date of this order.

/s/    LANA MYERS
        JUSTICE